# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11-cv-155 RJC-DCK

| | |
|---|---|
| LORRAINE BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff Lorraine Boston's Complaint (Doc. No. 1) and Defendant Michael J. Asture's Motion to Dismiss (Doc. No. 5). Because the Commissioner has provided Plaintiff with the relief she requested, and Plaintiff's counsel consents to the Motion to Dismiss, Plaintiff's complaint will be DISMISSED as moot.

**IT IS, THEREFORE, ORDERED THAT:**

Defendant's Motion to Dismiss (Doc. No. 5) is GRANTED.

Signed: May 10, 2011

Robert J. Conrad, Jr.
Chief United States District Judge